# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## **A F F I D A V I T**

I, James D. Holdman, Jr., being first duly sworn, do hereby depose and state that:

1. I am a Special Agent (SA) with U.S. Immigration and Customs Enforcement (ICE) Office of Homeland Security Investigations (HSI) in Springfield, Missouri. This affiant has been employed with ICE/HSI since June of 2003. This affiant has been employed in the field of law enforcement since January of 1989, including duties as a deputy sheriff in Washington County, Missouri and a criminal investigator for the State of Missouri.

2. As part of this affiant's duties with ICE/HSI, this affiant investigates criminal violations relating to child exploitation, child pornography, human trafficking, and coercion and enticement, in violation of 18 U.S.C. §§ 2251, 2422(a) and (b), 2252(a) and 2252A. This affiant has received training in the area of child pornography, child exploitation, and human trafficking.

3. This affiant has conducted training courses reference to the sexual exploitation of children at the following locations:

    (a) Four national conferences: San Jose, California, Atlanta, Georgia and two conferences in Dallas, Texas.

    (b) Cambodia: Cambodian National Police in Phnom Penh and Siem Reap.

    (c) Morocco: Moroccan National Police and Royal Gendarmerie.

(d) El Salvador: International Law Enforcement Academy (ILEA) police, prosecutors and judges from El Salvador, Panama, Guatemala and Honduras.

4. This affiant has also conducted operations relating to the exploitation of children in Costa Rica, the border between the United States and Mexico, and the Philippines.

5. This affiant is familiar with the information contained in this affidavit based upon the investigation and based on conversations with other law enforcement officers who have engaged in numerous investigations involving child pornography/child exploitation.

6. This affidavit is made in support of a criminal complaint for **Donald Eugene KERNS,** date of birth (DOB) **06/14/1964**, Social Security Number (SSN) **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**, with an address of **2558 West Brower Street, Springfield, Missouri 65802** using email address of **Knightride694u2@yahoo.com. KERNS** is using cell phone with the number of **417-414-7086**.

## FACTS SUPPORTING PROBABLE CAUSE

7. This affiant located an advertisement on Craigslist posting identification number of 4517156094 entitled "Dom Man seeking slave girl to train as house slave (Springfield)." Located in the advertisement was a photo of an adult male nude from the chest down exposing his penis. The advertisement stated:

"Tall in shape Dom, seeking in shape o or willing to get that way. Submissive open minded girl, age doesn't matter, complete submission does will be trained perment position. Fouronefoursevenzeroeightsix."

8. During the investigation, this affiant identified the person who posted the advertisement on Craigslist as **Donald Eugene KERNS**, DOB of **06-14-1964**, SSN of **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** with an address of **2558 West Brower Street, Springfield, Missouri 65802**, using email address of **Knightride694u2@yahoo.com**.

9. On June 12, 2014, this affiant sent an e-mail to KERNS stating: "I have a stepD that might work well for what you want. She is good. Your age range say any but what is the lowest you like?"

10. On the same day, this affiant received a reply stating "Id prefer 18 Younger you to train. You have a picture?" A second e-mail sent later on June 12, 2014, read: "Also is she devoted teachable. Available to move in Immediately?"

11. This affiant replied to KERNS inquiries via e-mail, stating: "Might be a little younger than you want. Devoted, ready innocent but naughty at the same time don't want to suggest something you are not interested in, u already indicated the lowest is 18."

12. KERNS sent this affiant two more e-mails on June 12, 2014 in response to my reply. The first read: "I have to say that cause it is the law. But younger is better. How old is she?" The second inquired: "Before we go on. Are you associated

with a law enforcement agency?"

13. KERNS sent additional e-mails on June 12, 2014, providing an e-mail address of knightride694u2@yahoo.com. KERNS also provided his phone number 417-414-7086, which matches the number on the Craigslist posting. KERNS also refers to himself as Master Dominic and Master Don in the e-mail exchange.

14. KERNS sent pictures of himself to my undercover e-mail account on both June 12, 2014 and on June 13, 2014. The subject in the pictures sent to this affiant match a driver's license photo that I later obtained of KERNS.

15. On June 13, 2014, KERNS sent an e-mail claiming that he has trained seven girls. He specified that two were domestics and 5 were "Zexslaves." KERNS stated that "I'm kinky under normal circumstances it would be all forms of sexual training, inclxing anal masturbation in front of a crowd." KERNS sent four pictures of an adult female he trained. KERNS asserted that the youngest girl he had trained so far was 16 years old.

16. On June 20, 2014, KERNS sent an e-mail to an account that I had set up for the child that KERNS believed he was going to "train." The message read:

> "Hello littleone. IM Donny but you call me Master or Daddy when we arnt sceneing. Ive trained several girls such as yourself. But never one for My Personal slave. You are perfect for this as I can train you to fit me like a glove. I will teach you so much and you will scene in front of people when time is right. I demand total

submission and don't spare the flogger. U can expect your as to be red all the time as slave virls need lots of spankings"

17. During multiple internet and phone conversations, it was made clear to KERNS that the juvenile female (KC) was 13 years old. On August 1, 2014, KERNS inquired if he could have the girl for the weekend because she would fit into some plans he had.

18. On August 6, 2014, this affiant attempted to arrange a meeting with KERNS. KERNS provided his home address of 2558 West Brower in Springfield, Missouri. KERNS stated he did not want to put experiences in print because that was not wise.

19. On August 12, 2014, this affiant called KERNS at 417-414-7086. During this conversation KERNS discussed birth control for the juvenile female with this affiant. KERNS said girls in this lifestyle are horny so he would watch closely. KERNS claimed that he would teach her to be a young submissive woman and to be devoted to her master. This affiant asked KERNS about sexual intercourse with the girl. KERNS affirmed he would take it slow at first because she is a child. KERNS asserted that she will be doing the "whole fucking thing" that is probably what she is excited about.

20. KERNS claimed that she was not to be taken as a sex slave. KERNS explained that a sex slave in this world means to be passed around to all your buddies. KERNS claimed that she was for him only and if later she desires to be a sex slave

she can be loaned out on a one time basis for experience.

21. This affiant asked KERNS if he was only "going to fuck her in the mouth and ass" because of her age or what. KERNS said he did not want to get her pregnant so would probably "do her in the mouth and ass if she could handle the ass." KERNS said she was young and he did not want to tear something or give her an infection. KERNS said he uses a vibrator in his training. KERNS said he uses a sharp pain or sting to make things stick in her brain. KERNS said with this training he could train a girl that when he "smacks them on the ass they would wet themselves." KERNS said he would use the "sting and vibrator on her pussy so like when he smacks their tit it gives pleasure in the pussy." KERNS said it is a "react" thing. KERNS said he started out in a slave school in Tennessee with three mistresses. KERNS said he worked his way up through school to a trainer.

22. On September 4, 2014, this affiant called KERNS on the phone using 417-414-7086. KERNS again talked about training the girl with a vibrator. KERNS spoke about training and sexual interaction with the juvenile. KERNS also mentioned to this affiant he had two other girls a little older that wanted to be trained by him.

23. This affiant arranged to meet KERNS on September 9, 2014 at _____. The purpose of the meeting is for KERNS to meet this affiant and deliver the juvenile female for sexual exploitation purposes.

/s/ James D. Holdman, Jr.
James D. Holdman Jr
Special Agent
Homeland Security Investigation

Sworn and subscribed to before me on this 10th day of September , 2014.

/s/ David P. Rush
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE